1  CRIS C. VAUGHAN, SBN 99568
   VAUGHAN & ASSOCIATES
2  6207 South Walnut Street, Suite 800
   Loomis, CA  95650
3  Telephone: 916-660-9401
   Facsimile: 916-660-9378
4
   Attorney for Defendants Pedro M. Baez,
5  Celia Baez, the Baez Family Trust, and Rosa Garibay

6

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11 | Jose Daniel Castillo-Antonio,           | Case No.: 3:16-cv-04824-EDL
12 |                  Plaintiff,             | AMENDED SECOND STIPULATION TO
                                              EXTEND TIME TO CONDUCT JOINT SITE
13 | v.                                      | INSPECTION
14 | Pedro M. Baez, et al.,                  | (Proposed) ORDER
15 |                  Defendants.            |

16

17

18         Defendants, Pedro M. Baez, Celia Baez, the Baez Family Trust, and Rosa Garibay

19 (collectively, "Defendants") through their counsel of record Vaughan & Associates, by Cris C.

20 Vaughan, and Plaintiff, Jose Daniel Castillo-Antonio ("Plaintiff") through his counsel of

21 record, Richard A. Mac Bride, hereby stipulate as follows:

22         WHEREAS, Defendants and Plaintiff entered into a Second Stipulation to Extend Time

23 to Conduct Joint Site Inspection, and the Order for Extension of Time to Conduct Joint Site

24 Inspection was entered January 23, 2017; and

25         WHEREAS, there were typographical errors in the caption of the Stipulation and in

26 docketing which might cause confusion, and are now corrected by this amended stipulation;

27 and

28 ///

WHEREAS, pursuant to General Order No. 56 and the Order on Stipulation to Extend Time to Conduct Mediation in this case issued on December 1, 2016, the deadline to hold the joint inspection was January 20, 2017; and

WHEREAS, the parties are continuing in active settlement negotiations to settle the case without need of a joint site inspection;

NOW THEREFORE, the parties hereby stipulate that the deadline to conduct the joint inspection be postponed to February 28, 2017.

Dated: January 25, 2017        VAUGHAN & ASSOCIATES

                               By: */s/ Cris C. Vaughan*
                                   CRIS C. VAUGHAN
                                   Attorney for Defendants,
                                   Pedro M. Baez; et al.

Dated: January 25, 2017        */s/ Richard A. Mac Bride*
                                   RICHARD A. MAC BRIDE
                                   Attorney for Plaintiff,
                                   Jose Daniel Castillo-Antonio.

AMENDED ORDER FOR EXTENSION OF TIME TO CONDUCT JOINT SITE INSPECTION

Having considered the parties' Amended Stipulation for Extension of Time to Conduct Joint Site Inspection, and good cause appearing, it is hereby ORDERED:

1. The last day for parties and counsel to hold a joint inspection of premises is reset to February 28, 2017;

2. All other dates that are calculated based upon the inspection date will be adjusted accordingly.

Date: January 25, 2017

**ELIZABETH D. LAPORTE**
United States Magistrate Judge